**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Stacy Rymer, | Case No. 23-CV-3315 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin O'Malley,<br>Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on Plaintiff Stacy Rymer's Motion for Attorneys' Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. No. 19.)  The Government has no objection to the attorneys' fee award Plaintiff seeks.  (Doc. No. 25.)  The Government notes that any award must be paid directly to Plaintiff, rather than to Plaintiff's attorneys, and may be subject to offset to satisfy any preexisting debt Plaintiff might owe to the Government.  *Astrue v. Ratliff*, 560 U.S. 586, 593 (2010).  Plaintiff has established that she is entitled to the fees she requests and that the amount she seeks is reasonable, and the Court will therefore order the amount requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. No. 19) is GRANTED and Plaintiff is awarded $760.50 in attorneys' fees under the EAJA.

Dated: April 29, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court